**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**In re: Craig & Angela Wejner** )     09 B 33808
)
)
Debtor(s)   )     **Judge Black**

*NOTICE OF WITHDRAWAL*

| Craig & Angela Wejner | Carrington Mortgage Serv. | Geraci Law LLC |
|---|---|---|
| 646 Otter Way | 1610 E. St. Andrew Place | 55 E. Monroe St., #3400 |
| Oswego, IL 60543 | Suite B150 | Chicago, IL 60603 |
|  | Santa Ana, CA 92705 |  |

   Please take notice that the Notice of Final Cure Amount under B(2)(b) as to Carrington Mortgage is withdrawn.

                    Glenn Stearns, Trustee;

                    _____/s/_____
                    By: Gerald Mylander

*CERTIFICATE OF SERVICE*

   I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it is the U.S. Mail on February 8, 2011.

                    _____/s/_____
                    For Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
4343 Commerce Court
Suite 120
Lisle, IL 60532
(630) 577-1313